UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

FILED

2005 MAY 17 A 9:43

CLERK, US DIST COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____ DEPUTY

| | |
|---|---|
| NOLAN J. FULCHER, | No. 05-15720 |
| | D.C. No. CV-04-05683-OWW/DLB |
| Plaintiff - Appellant, | |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS; et al., | ORDER |
| Defendants - Appellees. | |

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith   [X]

Explanation: DISPUTE BY PRISONER OVER QUALITY OF MEDICAL CARE - NOT AN 8th AMENDMENT VIOLATION. NO CLAIM AGAINST DEPARTMENT OF CORRECTIONS. NO BASIS ALLEGED FOR SUPERVISOR LIABILITY. LEAVE TO AMEND WAS GIVEN

_____
Judge
United States District Court

Date: 5-16-05